PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0:22-CR-155-MJD-ECW (2)

**DOCKET NUMBER** *(Rec. Court)*
3:24-cr-00152-K

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Qyiam Malik Mesidor** | District Of Minnesota | Minneapolis |

NAME OF SENTENCING JUDGE: The Honorable Judge Michael J. Davis

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/02/2024 | 04/01/2027 |

**OFFENSE**
Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C Felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Qyiam Mesidor was ordered by Your Honor to participate in a Re-entry program as part of his conditions of supervised release. To participate in re-entry court programming in the Northern District of Texas, Dallas, Division, his jurisdiction would need to be transferred to address any noncompliance locally.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Minnesota__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Texas__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 22, 2024
*Date*

s/Michael J. Davis
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Texas__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 30, 2024
*Effective Date*

Ed Kinkeade
*United States District Judge*

1